# Exhibit 1

----- Forwarded Message -----
**From:** AT&T <att@message.att-mail.com>
**To:** "███████████████████████"
**Sent:** Sunday, March 31, 2024 at 08:56:04 AM CDT
**Subject:** Important update

AT&T



View online

# Keeping Your Account Secure

Dear Customer,

We take cybersecurity very seriously and privacy is a fundamental commitment at AT&T.

We have discovered that the AT&T account passcode – that you may have used as an extra layer of protection for your DIRECTV or U-verse account - has been compromised. Therefore, AT&T has proactively reset your passcode.

Our internal teams are working with external cybersecurity experts to analyze the situation. It appears the data is from more than 4 years ago and does not contain personal financial information.

### What information was involved?

The information varied by customer and account, but may have included full name, email address, mailing address, phone number, social security number, date of birth, AT&T account number and passcode.

### What is AT&T doing?

AT&T has setup a dedicated website to provide you with more information and updates at www.att.com/accountsafety.
If your sensitive personal information was compromised, you will receive complimentary identity theft and credit monitoring services.

### What can you do?

We encourage customers to remain vigilant by monitoring account activity and credit reports. You can set up free fraud alerts from nationwide credit bureaus — Equifax, Experian, and TransUnion. You can also request and review your free credit report at any time via Freecreditreport.com.

We are committed to keeping your account secure.

---

My Account  |  Help Center  |  Terms of Use  |  Contact Us

To ensure the delivery of AT&T emails to your inbox, please add att@message.att-mail.com to your email address book or safe senders list.

Privacy Policy.

© 2024 AT&T Intellectual Property. All rights reserved. AT&T, the AT&T logo and all other AT&T marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies.

AT&T, 208 S. Akard St, Dallas, TX 75202

A2820304-30